## Commonwealth ex rel. Shimko, Appellant, *v.* Maroney.

Submitted April 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Frank D. Shimko,* appellant, in propria persona.

*A. J. DeMedio,* Assistant District Attorney, and *Michael Hanna,* District Attorney, for appellee.

OPINION PER CURIAM, June 13, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge CUMMINS of the Court of Common Pleas of Washington County, as reported in 27 Pa. D. & C. 2d 163. See *Com. v. Jackson,* 193 Pa. Superior Ct. 631, 165 A. 2d 392.